UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERI JAMES,

    Plaintiff,

v.                                                                                  CASE NO. 8:16-cv-2773-T-23TGW

INTELLIGENT SOFTWARE
SOLUTIONS, INC.,

    Defendant.
_____/

## **ORDER**

    Sheri James alleges (Doc. 105) claims for (1) sexual harassment in violation of the Florida Civil Rights Act, (2) retaliation in violation of the Florida Civil Rights Act, and (3) retaliation in violation of Florida's Whistle-blower Act. Because several disputes of material fact preclude summary judgment for the defendant, the defendant's motion (Doc. 123) for summary judgment is **DENIED**. The clerk must include this action on the **July 2018** trial calendar, and the parties must comply with the Case Management and Scheduling Order. (Doc. 15)

    ORDERED in Tampa, Florida, on June 22, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE