**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHERI JAMES,

    Plaintiff,

v.                                                CASE NO.: 8:16-cv-02773-SDM-TGW

INTELLIGENT SOFTWARE SOLUTIONS, INC.,

    Defendant.
_____/

**DEFENDANT'S PROPOSED JURY VERDICT FORM**

[REMAINDER OF PAGE PURPOSEFULLY LEFT BLANK]

**FORM A**

**Count 1: Florida Civil Rights Act – Sexual Harassment**

**Do you find from a preponderance of the evidence:**

1. That Ms. Bennett harassed Ms. James because of her sex?

    Answer Yes or No  _____

If your answer is "No," this ends your deliberations regarding the questions on Form A and you should move on to Form B. If your answer is "Yes," go to the next question.

2. That the harassment created a hostile work environment for Ms. James?

    Answer Yes or No  _____

If your answer is "No," this ends your deliberations regarding the questions on Form A and you should move on to Form B. If your answer is "Yes," go to the next question.

3. That Ms. James's supervisor knew, or in the exercise of reasonable care should have known, about the hostile work environment?

    Answer Yes or No  _____

If your answer is "No," this ends your deliberations regarding the questions on Form A and you should move on to Form B. If your answer is "Yes," go to the next question.

4. That Ms. James's supervisor took prompt remedial action to eliminate the hostile work environment?

    Answer Yes or No  _____

If your answer is "Yes," your verdict is for Intelligent Software Solutions, Inc on Claim 1. If your answer is "No," complete questions 1 through 5 of Form D.

**FORM B**

**Count 2: Florida Civil Rights Act - Retaliation**

**Do you find from a preponderance of the evidence:**

1. That Ms. James engaged in protected activity?

    Answer Yes or No   _____

If your answer is "No," this ends your deliberations regarding the questions on Form A and you should move on to Form C. If your answer is "Yes," go to the next question.

2. That Intelligent Software Solutions, Inc. took an adverse employment action against Ms. James?

    Answer Yes or No   _____

If your answer is "No," this ends your deliberations regarding the questions on Form A and you should move on to Form C. If your answer is "Yes," go to the next question.

3. That Intelligent Software Solutions, Inc. took the adverse employment action because of Ms. James's protected activity?

    Answer Yes or No   _____

If your answer is "No," your verdict is for Intelligent Software Solutions, Inc on Claim 2. If your answer is "Yes," complete questions 6 through 9 on Form D.

4

**FORM C**

**Count 3: Florida Private Whistleblower Act - Retaliation**

**Do you find from a preponderance of the evidence:**

1. That Ms. James objected to an activity, policy, or practice of the Intelligent Software Solutions, Inc.?

Yes _____   No _____

(NOTE:  If you answered "No" to question 1, please proceed to statement 4.  If you answered "Yes" to question 1 please proceed to question 2.)

2. That the activity, policy, or practice of Intelligent Software Solutions, Inc. to which Ms. James objected was an actual violation of a law, rule or regulation?

Yes _____   No _____

(NOTE:  If you answered "No" to question 2, please proceed to statement 4.  If you answered "Yes" to question 2 please proceed to question 3.)

3. That Intelligent Software Solutions, Inc. terminated Ms. James because she objected to, or refused to participate in, any activity, policy, or practice of the employer which is in violation of a law, rule, or regulation?

Yes _____   No _____

(NOTE:  If you answered "No" to question 3, please proceed to statement 4.  If you answered "Yes" to question 3 please proceed to questions 6 through 9 of Form D.)

4. Your verdict is for Intelligent Software Solutions, Inc.

**FORM D**

**Damages – Sexual Harassment**

1. That Ms. James suffered damages because of the hostile work environment?

    Answer Yes or No     _____

If your answer is "No," this ends your deliberations and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Mr. James properly mitigated her damages by making a reasonable effort to seek and retain comparable employment?

    Answer:   Yes_____   No_____

If "No", this ends your deliberations. Please have your Foreperson at the bottom of the verdict forms.

3. That Ms. James should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

    Answer Yes or No     _____

    If your answer is "Yes,"
    in what amount?      $_____

4. That Ms. James should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No     _____

    If your answer is "Yes,"
    in what amount?      $_____

If you did not award damages in response to either Question Nos. 3 or 4, this ends your deliberations, and your foreperson should sign and date the last page of this

6

verdict form. If you awarded damages in response to Question Nos. 3 or 4 (or both), go to the next question.

5. That punitive damages should be assessed against Intelligent Software Solutions, Inc.?

        Answer Yes or No        _____

        If your answer is "Yes,"
in what amount?    $_____

**Damages - Retaliation**

6. That Ms. James suffered damages because of the adverse employment action?

        Answer Yes or No    _____

7. That Mr. James properly mitigated her damages by making a reasonable effort to seek and retain comparable employment?

        Answer:   Yes_____   No_____

If "No", this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If "Yes" move to the next question.

8. That Ms. James should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

        Answer Yes or No    _____

        If your answer is "Yes,"
in what amount?    $_____

9. That Ms. James should be awarded damages to compensate for emotional pain and mental anguish?

        Answer Yes or No    _____

     If your answer is "Yes,"
     in what amount?   $_____

If you did not award damages in response to either Question Nos. 8 or 9, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 8 or 9 (or both) **and** if you found for the Plaintiff on Count 2 (Retaliation under the Florida Civil Rights Act), go to the next question.

8. That punitive damages should be assessed against Intelligent Software Solutions, Inc.?

     Answer Yes or No   _____

     If your answer is "Yes,"
     in what amount?   $_____

**SO SAY WE ALL.**

               _____
               Foreperson's Signature
DATE: _____

**DATED** June 29, 2018

Respectfully submitted,

*/s/ Kevin D. Zwetsch*
Kevin D. Zwetsch
FL Bar # 962260
Ina F. Young
FL Bar # 117663
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL  33602
Telephone:  813.289.1247
Facsimile:  813.289.6530
kevin.zwetsch@ogletree.com
ina.young@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Shaina Thorpe and James J. Thorpe, counsel for Plaintiff at: Shaina@thorpelawyers.com; jim@thorpelawyers.com.

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

*/s/ Kevin D. Zwetsch*
Kevin D. Zwetsch

30601710.1