UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERI JAMES,

    Plaintiff,

v.                                              CASE NO. 8:16-cv-2773-T-23TGW

INTELLIGENT SOFTWARE
SOLUTIONS, INC.,

    Defendant.
_____/

## **VERDICT**

I. **As to Count One — Florida Civil Rights Act – Sexual Harassment**, do you find that Ms. James has proved her claim by a preponderance of the evidence?

    Yes _____      No __✓__

II. **As to Count Two — Florida Civil Rights Act – Retaliation**, do you find that Ms. James has proved her claim by a preponderance of the evidence?

    Yes _____      No __✓__

III. **As to Count Three — Florida Private Whistle-Blower Act**, do you find that Ms. James has proved her claim by a preponderance of the evidence?

    Yes _____      No __✓__

IV. **As to Count Four — Florida Civil Rights Act – Handicap**, do you find that Ms. James has proved her claim by a preponderance of the evidence?

    Yes _____      No __✓__

## V.   Damages

If your verdict on every claim was against Ms. James and for ISS, skip the next two questions and proceed now to sign and date the verdict. If your verdict was for Ms. James on any claim, you must determine the issue of compensatory damages.

<u>Compensatory Damages</u>: If you decided any of the four claims for Ms. James, state the damages, if any, that will fairly and adequately compensate Ms. James:

$ _____

<u>Punitive Damages</u>: If you decided for Ms. James on either Count I, Count II, or Count IV, state the amount of punitive damages, if any, that you award:

$ _____

SO SAY WE ALL.

Dated: July 19, 2019.

_____
Foreperson